## Commonwealth v. Mosley, Appellant.

Submitted December 6, 1972. *Robert Agran* and *Jonathan Miller*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Albert L. Becker*, *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Muller, Appellant.

Argued December 6, 1972. *S. R. Zimmerman, III*, with him *Geisenberger, Zimmerman, Pfannebecker & Gibbel*, for appellant; *A. Lucarelli*, Assistant District Attorney, with him *D. Richard Eckman*, First Assistant District Attorney, and *Henry J. Rutherford*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.